Exhibit B

Eric S. Olson (11939)
Lena Daggs (13666)
**EISENBERG CUTT KENDELL & OLSON**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
(801) 350-0065 – Facsimile
Email: eolson@eckolaw.com
Email: ldaggs@eckolaw.com
*Attorneys for Claimants*

SERVED _____ RELATION _____
DATE 11-20 TIME 2:15
WASATCH ATTORNEY SERVICES  NO. _____  #P100877
124 W. 1400 SO. #7
SALT LAKE CITY, UT 84115    800-970-8220

## IN THE FOURTH JUDICIAL DISTRICT
## UTAH COUNTY, PROVO DIVISION, STATE OF UTAH

| | |
|---|---|
| MAX TANNER MCARTHUR,<br><br>Plaintiffs,<br><br>vs.<br><br>MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>Defendant. | **SUMMONS**<br><br>Case No.: 200401668<br>Judge: Darold McDade |

THE STATE OF UTAH TO THE BELOW NAMED DEFENDANT,

**Mutual of Enumclaw Insurance Company**
**c/o CT Corporation System – Registered Agent**
**1108 E. South Union Avenue**
**Midvale, UT 84047**

You are hereby summoned and required to file an answer in writing to the attached Complaint with the Clerk of the above-entitled Court at 125 North 100 West, Provo, Utah, and to serve upon or mail to Eisenberg, Gilchrist & Cutt, Plaintiffs' attorney, 900 Parkside Tower, 215 South State Street, Salt Lake City, UT 84111, a copy of said answer within 21 days after service of this Summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in said Complaint, which has been filed with the Clerk of said Court and a copy of which is hereby annexed and herewith served upon you.

DATED this 20th day of November, 2020.

                         **EISENBERG CUTT KENDELL & OLSON**

                         /s/ Eric S. Olson
                         Eric S. Olson
                         Lena Daggs
                         Attorneys for Plaintiffs

Eric S. Olson (11939)
Lena Daggs (13666)
**EISENBERG CUTT KENDELL & OLSON**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
(801) 350-0065 – Facsimile
Email: eolson@eckolaw.com
Email: ldaggs@eckolaw.com
*Attorneys for Claimants*

IN THE FOURTH JUDICIAL DISTRICT
UTAH COUNTY, PROVO DIVISION, STATE OF UTAH

| MAX TANNER MCARTHUR, Plaintiffs, vs. MUTUAL OF ENUMCLAW INSURANCE COMPANY, Defendant. | **COMPLAINT AND JURY DEMAND** (Tier three) Case No.: 200401668 Judge: Darold McDade |
|---|---|

Plaintiff, by and through counsel of record, hereby complains of Defendant and alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Max McArthur is, and at all relevant times has been, an individual residing in Utah County, State of Utah.

2. Defendant is a company who does business in the State of Utah and issued the subject insurance policy in Utah County, State of Utah.

3. All events giving rise to this Complaint occurred in Utah County, Utah.

4. This court has jurisdiction over this action pursuant to Utah Code Ann. §

78A-5-102.

5. Venue is proper in this Court pursuant to the subject insurance policy, which provides that venue shall be in the county where the plaintiff resides.

## GENERAL ALLEGATIONS

6. Plaintiff was covered by a policy of automobile insurance (the "Policy") issued by Defendant.

7. The Policy provided Plaintiff with underinsured motorist benefits.

8. On 4/10/17, Bryan Flores (hereinafter "the underinsured driver") was driving a Silver Chevrolet Malibu with the Utah license plate number C778KK.

9. The underinsured driver was headed northbound and turning left into a business complex off of State Street and 1100 N. in Orem, Utah.

10. The underinsured driver failed to yield and turned left in front of Plaintiff's vehicle, which was heading southbound.

11. The front of Plaintiff's vehicle collided with the underinsured driver's vehicle at high impact.

12. Both vehicles had to be towed from the scene.

13. The underinsured driver was cited for failure to yield.

14. Plaintiff was taken by ambulance to Timpanogos Regional Hospital with injuries.

15. Plaintiff continued to experience injuries following the Collision, and obtained additional medical treatment from several providers.

16. As a direct and proximate result of the Collision, Plaintiff has incurred, and will continue to incur, economic damages including, without limitation, reasonable and

necessary past and future medical expenses, lost earnings, loss of earning capacity, loss of household services and other economic damages as the evidence may show at trial.

17. As a direct and proximate result of the Collision, Plaintiff has suffered, and will continue to suffer, noneconomic damages in the form of pain and suffering, including but not limited to, head, back, and neck pain, pain and suffering, impairment, and other damages as the evidence may show at trial.

18. The underinsured driver was insured under a policy of automobile insurance with liability coverage limits of $100,000.

19. The underinsured driver's insurer paid the policy limits.

20. The value of Plaintiff's claim far exceeds the $100,000 limits of coverage provided by the underinsured driver's insurance carrier. Thus, the underinsured driver is underinsured with respect to Plaintiff's claims.

21. Plaintiff issued a claim to Defendant for underinsured motorist benefits under the Policy.

22. Defendant failed to pay the underinsured motorist benefits to which Plaintiff is entitled under the policy.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

23. Plaintiff incorporates herein all preceding paragraphs.

24. Defendant breached the Policy by failing to pay the underinsured motorist benefits to which Plaintiff is entitled under the Policy.

25. Defendant's breach caused damages to Plaintiff, including without limitation, the lack of underinsured motorist benefits.

## SECOND CLAIM FOR RELIEF

(Breach of Contract)

26. Plaintiff incorporates herein all preceding paragraphs.

27. A controversy exists between the parties as to the amount of money owed by Defendant under the policy.

28. A declaratory judgment should be entered as to the amount of damages owed by Defendant based on the findings of a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment against Defendant as follows:

a. For past and future economic losses in an amount to be proven at trial.

b. For non-economic losses in an amount to be proven at trial;

c. For incidental and consequential damages in an amount to be proven at trial;

d. For costs of suit, pre- and post-judgment interest, and attorneys' fees as provided by law; and

e. For such further relief as the court deems just and proper.

## TIER DESIGNATION

Pursuant to Utah Rules of Civil Procedure 8(a) and 26(c)(3), this matter falls under Tier 3 and should be permitted discovery pursuant to Tier 3.

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues that may be tried to a jury.

DATED this 20th day of November, 2020.

                          **EISENBERG CUTT KENDELL & OLSON**

                          /s/ Eric S. Olson
                          Eric S. Olson
                          Lena Daggs
                          Attorneys for Plaintiffs



# Service of Process Transmittal
11/20/2020
CT Log Number 538629448

**TO:** Athan Shinas
Mutual Of Enumclaw Insurance Company
1460 WELLS ST
ENUMCLAW, WA 98022-3098

**RE:** **Process Served in Utah**

**FOR:** MUTUAL OF ENUMCLAW INSURANCE COMPANY  (Domestic State: OR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | MAX TANNER MCARTHUR, Pltf. vs. MUTUAL OF ENUMCLAW INSURANCE COMPANY, Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 200401668 |
| NATURE OF ACTION: | Insurance Litigation |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Midvale, UT |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/20/2020 at 15:11 |
| JURISDICTION SERVED: | Utah |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/20/2020, Expected Purge Date: 11/25/2020 |
| | Image SOP |
| | Email Notification,  Athan Shinas  ashinas@mutualofenumclaw.com |
| | Email Notification,  Celeste Holmes  cholmes@mutualofenumclaw.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>208 LaSalle Ave<br>Suite 814<br>Chicago, IL 60604 |
| For Questions: | 866-539-8692<br>CorporationTeam@wolterskluwer.com |

Page 1 of 1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.